UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Greg Erickson and Diane Erickson,	Civil 11-3123 MJD/FLN

    Plaintiffs,

v.	O R D E R

Wells Fargo Bank, N.A.,
*as trustee, Gina Anderson*,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 19, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant Wells Fargo Bank's motion to dismiss [ECF No. 7] is DENIED.

DATED: May 7, 2012.       s/Micheal J. Davis
at Minneapolis, Minnesota      CHIEF JUDGE MICHAEL J. DAVIS
     United States District Court