UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Greg and Diane Erickson,

                                    Civil 11-3123 MJD/FLN

        Plaintiffs,

      v.                                   O R D E R

Wells Fargo Bank, N.A.,
*as Trustee for Gina Anderson*,

        Defendant.

_____

      Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United

States Magistrate Judge Franklin L. Noel dated February 13, 2014, all the files and records, and

no objections having been filed to said Report and Recommendation,

      **IT IS HEREBY ORDERED**  that Defendant's motion to enforce the settlement

agreement (ECF No. 34) is **GRANTED**, and that the Erickson's are ordered to vacate the

property by March 15, 2014.   Let Judgment be entered accordingly.

DATED: February 28, 2014                s/Michael J. Davis_____

                                           MICHAEL J. DAVIS
                                         United States District Court Chief Judge